Seth W. Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone Number: (925) 487-5607
Email Address: seth@sethwienerlaw.com

Attorney for Specially Appearing Defendant
HOLISTA COLLTECH LIMITED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATM METABOLICS, LLC<br><br>           Plaintiff,<br><br>v.<br><br>HOLISTA COLLTECH LIMITED, IGALEN, INC., RAJEN MANICKA, and KOSTA GARA,<br><br>           Defendants | Case No.: 19CV00170-DMS-MDD<br><br>**HOLISTA COLLTECH LIMITED'S REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge:        Hon. Dana M. Sabraw<br>Courtroom:  13A |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Civil Rule 12.1, Specially Appearing Defendant Holista CollTech Limited ("Holista") respectfully requests that the Court extend its time to respond to the Amended Complaint for Trademark Infringement, Trademark Counterfeiting, Patent Infringement, Breach of Contract, and Declaratory Relief, for a period of eighteen (18) days, from April 29, 2019 to May 17, 2019. Good cause exists for the requested extension as Holista intends to retain new counsel, and new counsel will require time to familiarize itself with the case and prepare a responsive pleading. Plaintiff's counsels have confirmed that they do not oppose this request.

Dated: April 26, 2019                                          LAW OFFICES OF SETH W. WIENER

                                                                              By:_____
                                                                                    Seth W. Wiener
                                                                                    Attorneys for Specially Appearing Defendant
                                                                                    HOLISTA COLLTECH LIMITED

Request to Extend Time – Page 1